**VAN–150** Deficiency Notice (Text) – Rev. 07/10/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

|  |  |
|---|---|
|  | CASE NO.: 19–01394–5–SWH |
| IN RE: | DATE FILED: March 28, 2019 |
|  | CHAPTER: 13 |

Charles Francis Ramsburg
 ( debtor has no known aliases )
500 Rivage Promenade
Wilmington, NC 28412

Debtor represented by:
Charles Francis Ramsburg
500 Rivage Promenade
Wilmington, NC 28412

Jamie Lee Ramsburg
 ( debtor has no known aliases )
500 Rivage Promenade
Wilmington, NC 28412

Joint Debtor repesented by:
Jamie Lee Ramsburg
500 Rivage Promenade
Wilmington, NC 28412

Trustee:
Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563

### DEFICIENCY NOTICE

To: Charles and Jamie Ramsburg

Re: Chapter 13 Petition

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **April 2, 2019** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The petition has not been signed by Debtor. The certification of mailing matrix has not been signed by Debtor. The motion for temporary waiver of the credit counseling course requirement due to exigent circumstances was omitted. The application to pay filing fees in installments was omitted.

DATED: March 28, 2019

Erin Donnery
Deputy Clerk